```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 02771
    REGINA C PETERS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-0435

-------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
    The case was filed on 02/17/2007 and was confirmed 05/23/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/07/2007.
-------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
-------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE  CURRENT MORTG        .00             .00           .00
CAPITAL ONE BANK          UNSECURED       NOT FILED            .00           .00
CDA PONTIAC               UNSECURED       NOT FILED            .00           .00
ECAST SETTLEMENT CORP     UNSECURED          425.35            .00           .00
CITIBANK                  UNSECURED       NOT FILED            .00           .00
CITIFINANCIAL             UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO PARKING   UNSECURED          450.00            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          417.45            .00           .00
PEOPLES GAS & LIGHT       UNSECURED         1075.33            .00           .00
RADIO SHACK/ CITIBANK     UNSECURED       NOT FILED            .00           .00
SALLIE MAE GUARANTEE SER  UNSECURED         5499.48            .00           .00
TALMAGA PETERS            NOTICE ONLY     NOT FILED            .00           .00
CHASE MANHATTAN MORTGAGE  MORTGAGE ARRE        .00             .00           .00
CHASE HOME FINANCE LLC    NOTICE ONLY     NOT FILED            .00           .00
CITIFINANCIAL             SECURED VEHIC     1000.00            .00        175.00
HB RHODES                 UNSECURED       NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,934.00                     1,229.90
TOM VAUGHN                TRUSTEE                                            95.10
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                    1,500.00

PRIORITY                                              .00
SECURED                                            175.00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,229.90
TRUSTEE COMPENSATION                                95.10
DEBTOR REFUND                                         .00

            PAGE   1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 02771 REGINA C PETERS
```

```
                                    ---------------        ---------------
TOTALS                                  1,500.00               1,500.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 02/27/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |